# Court of Appeals
# of the State of Georgia

ATLANTA,  July 11, 2017

*The Court of Appeals hereby passes the following order:*

**A17A2084. HARRIS v. THE STATE.**

A jury found Blake Ramon Harris guilty of malice murder, felony murder, and other offenses, and the trial court imposed a sentence of life imprisonment without parole for his murder conviction, plus additional terms for his remaining convictions. Harris appealed to this Court from his judgment of conviction. He has now moved to transfer this case to the Supreme Court.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of malice murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); see also *State v. Thorton*, 253 Ga. 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"). Accordingly, we lack jurisdiction over this appeal, and Harris's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/11/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*